UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Basim Sabri, Marty Schulenberg, Mohamed Cali, Jay Webb, and Zachary Metoyer,<br><br>      Plaintiffs,<br><br>vs.<br><br>Whittier Alliance, a Minnesota not-for-profit, corporation, and City of Minneapolis, a municipal corporation,<br><br>      Defendants. | Court File No.: 15-cv-01578 ADM/SER<br><br>**DEFENDANT WHITTIER ALLIANCE'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

Defendant Whittier Alliance ("Whittier") hereby moves the Court to dismiss the Complaint brought by Plaintiffs Basim Sabri, Marty Schulenberg, Mohamed Cali, Jay Webb, and Zachary Metoyer (collectively "Plaintiffs").

This motion is supported by the memorandum and supporting documents filed in this case.

Dated: April 1, 2015

Respectfully submitted,

**GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.**

 /s/ Matthew P. Webster
Matthew P. Webster (#0392530)
Samuel W. Diehl (#0388371)
500 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632-3381
Facsimile: (612) 632-4381
matthew.webster@gpmlaw.com

1

2

samuel.diehl@gpmlaw.com

**ATTORNEYS FOR DEFENDANT
WHITTIER ALLIANCE**

GP:3955255 v1