UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Basim Sabri, Marty Schulenberg, Mohamed Cali, Jay Webb, and Zachary Metoyer,<br><br>           Plaintiffs,<br><br>vs.<br><br>Whittier Alliance, a Minnesota not-for-profit corporation, and City of Minneapolis, a municipal corporation,<br><br>           Defendants. | Court File No. 15-cv-01578 (ADM/SER)<br><br>**DEFENDANT CITY OF MINNEAPOLIS'S MOTION TO DISMISS** |

_____

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant City of Minneapolis hereby moves the Court for an order dismissing Plaintiffs' Complaint against it. This motion will be based upon all the files, records and proceedings herein, including Defendant City of Minneapolis's Memorandum of Law in Support of Motion to Dismiss and in Opposition to Plaintiffs' Motion for Preliminary Injunction, and other documents which will be timely filed in compliance with Local Rule 7.1(b) for the District of Minnesota.

Dated: <u>April 1, 2014</u>         SUSAN L. SEGAL
                                                    City Attorney
                                                    By
                                                    <u>/s/ Kristin R. Sarff</u>
                                                    KRISTIN R. SARFF (#0388003)
                                                    Assistant City Attorney
                                                    Minneapolis City Attorney's Office
                                                    350 S. 5th Street, Room 210
                                                    Minneapolis, MN 55415
                                                    (612) 673-3919
                                                    *Attorneys for Defendant City of Minneapolis*