UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Basim Sabri, Marty Schulenberg, Mohamed Cali, Jay Webb, and Zachary Metoyer,

Plaintiffs,

vs.

Whittier Alliance, a Minnesota not-for-profit corporation, and City of Minneapolis, a municipal corporation,

Defendants.

Court File No. 15-cv-01578 (ADM/SER)

**AFFIDAVIT OF KRISTIN R. SARFF**

---

STATE OF MINNESOTA    )
                      )SS
COUNTY OF HENNEPIN    )

Kristin R. Sarff, being first duly sworn, states and alleges as follows:

1. I am an Assistant City Attorney for the City of Minneapolis, and I am the attorney assigned to represent Defendant City of Minneapolis in this matter. I am submitting this affidavit in support of Defendant City of Minneapolis's Motion to Dismiss and Opposition to Plaintiffs' Motion for Preliminary Injunction.

2. Attached as Exhibit 1 is a true and correct copy of the 2014-2016 Community Participation Program Guidelines.

3. Attached as Exhibit 2 is a true and correct copy of the NRP Neighborhood Action Plan Funding Agreement between the City of Minneapolis and the Whittier Alliance for the Community Participation Program, dated December 16, 2013, which has

been redacted to remove the personal e-mail address, and potentially personal telephone number, of a Whittier Alliance staff member.

4. Attached as Exhibit 3 is a true and correct copy of the City of Minneapolis Standard Agreement Form between Borenstein and McVeigh Law Firm, LLC, and the City of Minneapolis.

5. Attached as Exhibit 4 is a true and correct copy of the business record detail for Whittier Alliance from the Office of the Minnesota Secretary of State.

6. Attached as Exhibit 5 is a true and correct copy of the Whittier NRP Phase II Neighborhood Action Plan.

7. Attached as Exhibit 6 is a true and correct copy of Whittier Alliance's Bylaws.

8. Attached as Exhibit 7 is a true and correct copy of the bylaws from five other recognized neighborhood organizations enrolled in the Community Participation Plan, selected alphabetically, including Armatage Neighborhood, Audubon Neighborhood, Bancroft Neighborhood, Beltrami Neighborhood, and Bottineau Neighborhood.

FURTHER your Affiant sayeth naught.

Subscribed and sworn to
before me this 31st day
of March, 2015.

_____
Notary Public
My Commission expires: 1-31-2020

_____
Kristin R. Sarff



HELEN H. PETERS
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2020

2