UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Basim Sabri, Marty Schulenberg, Mohamed Cali, Jay Webb, and Zachary Metoyer,<br><br>      Plaintiffs,<br><br>vs.<br><br>Whittier Alliance, a Minnesota not-for-profit corporation, and City of Minneapolis, a municipal corporation,<br><br>      Defendants. | Court File No. 15-cv-01578 (ADM/SER)<br><br>**AFFIDAVIT OF ROBERT THOMPSON** |

STATE OF MINNESOTA    )
                                   )SS
COUNTY OF HENNEPIN    )

Robert Thompson, being first duly sworn, states and alleges as follows:

1. I am the Neighborhood Support Manager for the City of Minneapolis. I make this affidavit upon my personal knowledge and belief.

2. Following complaints made by Plaintiffs Basim Sabri, Marty Schulenberg, Mohammed Cali, Jay Webb and Zachary Metoyer, forwarded to our office on and after March 7, 2014, I reviewed Whittier Alliance's bylaws. The scope of my review was limited to identifying any conflicts between the bylaws and the guidelines set forth in the Community Participation Program, and identifying any areas where additional clarification was needed.

3.  I did not draft or propose any amendments to Whittier Alliance's bylaws.

4.  Over the last 24 years, a total of $11,358,989 has been allocated to the Whittier Neighborhood through the Neighborhood Revitalization Program (1991-2010) and the Community Participation Program (2011-present). The Whittier Alliance works with residents and other stakeholders to develop plans for allocating the use of funds in the Whittier neighborhood. A number of private and public agencies, including Whittier Alliance, are assigned to implement the Whittier neighborhood plans as follows:

| Vendor | Amount |
| --- | --- |
| Center for Energy and Environment | $567,063 |
| Family and Children's Service | $67,702 |
| Franklin National Bank | $719,864 |
| Library Board | $120,000 |
| Loring Nicollet-Bethlehem Community Center, Inc. | $250,000 |
| Minneapolis Inspections Department | $20,250 |
| Minneapolis Police Department | $49,843 |
| Minneapolis Public Works Department | $70,810 |
| Nicollet Avenue Business Association | $55,920 |
| Park Board | $1,947,229 |
| Project for Pride in Living | $75,000 |
| Southside Neighborhood Housing Services | $21,000 |
| Whittier Alliance | $3,997,742 |
| Whittier CDC | $292,000 |
| Whittier Housing Corporation | $50,000 |
| Others | $3,054,566 |
| **Total** | **$11,358,989** |

FURTHER your Affiant sayeth naught.

Subscribed and sworn to
before me this 31st day
of March, 2015.

_Robert Thompson_

Notary Public
My Commission expires: 1.31.15

CHRISTINA L KENDRICK
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/17