UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Basim Sabri, Marty Schulenberg, Mohamed Cali, Jay Webb, and Zachary Metoyer,<br><br>          Plaintiffs,<br><br>vs.<br><br>Whittier Alliance, a Minnesota not-for-profit corporation, and City of Minneapolis, a municipal corporation,<br><br>          Defendants. | Court File No. 15-cv-01578 (ADM/SER)<br><br>**AFFIDAVIT OF MICHELLE CHAVEZ** |

STATE OF MINNESOTA    )
                                 )SS
COUNTY OF HENNEPIN    )

Michelle Chavez, being first duly sworn, states and alleges as follows:

1.    I am the Neighborhood Support Specialist for the City of Minneapolis. I make this affidavit upon my personal knowledge and belief.

2.    Following the grievance made by Plaintiffs Basim Sabri, Marty Schulenberg, Mohammed Cali, Jay Webb and Zachary Metoyer, I reviewed Whittier Alliance's bylaws. The scope of my review was limited to identifying any conflicts between the bylaws and the guidelines set forth in the City of Minneapolis's Community Participation Plan, and identifying any areas where additional clarification was needed.

3.   I did not draft or propose any amendments to Whittier Alliance's bylaws.

FURTHER your Affiant sayeth naught.

Subscribed and sworn to
before me this 31st day
of March, 2015.

_____
Notary Public
My Commission expires:

1·31·17

Michelle Chavez



CHRISTINA L KENDRICK
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/17