UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Basim Sabri, Marty Schulenberg, Mohamed Cali, Jay Webb, and Zachary Metoyer,

    Plaintiffs,

vs.

City of Minneapolis, a municipal corporation, and the Whittier Alliance, a Minnesota not-for-profit corporation,

    Defendants.

Court File No. 15-CV-01578 (ADM/SER)

**AFFIDAVIT OF ABDIRAHMAN ABDULLE**

---

STATE OF MINNESOTA  )
                            )SS
COUNTY OF HENNEPIN  )

Abdirahman Abdulle, being first duly sworn on oath, hereby deposes and says the following:

1. I was elected to the Whittier Alliance Board of Directors in March, 2014. Despite the large Somali-American population in the Whittier neighborhood, I was the only Somali elected to the Board.

2. I remained on the Whittier Board until November of 2014, when I moved out of the Whittier neighborhood to Eagan, Minnesota.

3. Even if I had not moved to Eagan, I would have had difficulty remaining on the Whittier Board because of the attitude I saw from Board members and Board leadership.

4. Board members seemed obsessed with hostility toward Plaintiff Basim Sabri and toward his property in the Whittier neighborhood.

5. I found this hostility to be quite disturbing since Plaintiff Sabri had repeatedly gone out of his way to provide housing and business opportunities to the Somali community in Minneapolis.

6. It seemed to me that Board members' hostility toward Plaintiff Sabri appeared to be more important to them than was assisting members of the community.

_____
Abdirahman Abdulle

Sworn to and subscribed before me
this 21st day of April, 2015.

_____
Notary Public



RANDALL DAVIS BRYANT TIGUE
Notary Public-Minnesota
My Commission Expires Jan 31, 2020