# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Basim Sabri, Marty Schulenberg, Mohamed
Cali, Jay Webb, and Zachary Metoyer,

                      Plaintiffs,

vs.

City of Minneapolis, a municipal corporation,
and the Whittier Alliance, a Minnesota
not-for-profit corporation,

                      Defendants.

Court File No. 15-CV-01578 (ADM/SER)

**AFFIDAVIT OF MAHAMED A. CALI**

STATE OF MINNESOTA    )
                                )SS
COUNTY OF HENNEPIN    )

Mahamed A. Cali, being first duly sworn, states and alleges as follows:

1. I am one of the Plaintiffs in the above-entitled matter.

2. I have been advised that Defendant Whittier Alliance claims that the reason I was disqualified from running for the board of directors in March 2014 is that I failed to provide proof that I owned a business in the Whittier Alliance neighborhood.

3. That assertion is blatantly false.

4. I was the owner of a coffee shop named Sharfo Tea and Talk from Sept. 27 to January, 2015 located at 312 West Lake St., Minneapolis, MN 55408. Said coffee shop is located in Whittier Alliance neighborhood.

5. I am also the executive director of a nonprofit business called Somali American Community from 2009 until the present located at 2910 Pillsbury Ave. S., #220,

Minneapolis, MN 55408. Said nonprofit business is located in the Whittier Alliance neighborhood.

6. Defendant Whittier Alliance was fully aware of my ownership of these businesses by the beginning of March 2014.

7. Prior to that time, I hosted three separate meetings in the conference room at the business office for Somali American Community concerning an attempt to improve relations between Somali-American businesses and the Whittier Alliance.

8. Marian Biehn, executive director of Whittier attended all three meetings.

9. Then Minneapolis City Council Member Robert Lilligren attended all three meetings as well.

10. In addition, prior to 2014, I worked with Whittier Alliance to organize a petition signature drive for a traffic semaphore at Lake Street and Pillsbury Ave. South.

11. As executive directors for our respective nonprofits, Marian Biehn and I worked together to apply for a grant from The Center for Urban and Regional Affairs ("CURA") at the University of Minnesota for youth sports activities. This occurred in November 2012. A requirement of the grant was that the Somali-American Community work with Whittier to apply. The grant was denied because Whittier proposed charging a fiscal agent fee of more than any other neighborhood organization.

12. In the several months before the March 2014 Whittier annual election I, along with Plaintiffs Marty Schulenberg, Jay Webb, and Zachary Metoyer, and Roble Jama worked together to collect signatures from Somali-American businesses in Whittier neighborhood for the purpose of inclusion in the business directory of Whittier. True

and correct copies of the signatures gathered from this collective effort are attached hereto as Exhibit A.

13. With respect to each page of signatures, we attached copies of either current business licenses, state sales tax number and/or federal 501(c)(3) status confirmation letter as well as a lease for each business.

14. The purpose of collecting this information and presenting it to Whittier was because we had numerous complaints from Somali-American businesses that they were unable to get included in the Whittier Alliance Business Directory. Inclusion in the Business Directory grants automatic membership status in Whittier under its bylaws.

15. It was my idea as executive director of the Somali American Community to reach out to business owners in the Somali American Community and to inform them of the Whittier Alliance, explain to them their right to be a member of Whittier as a business owner and the benefits that we hoped as a heretofore unrepresented ethnic community to gain from membership.

16. In 2010 I ran to be a member of the Whittier board of directors and lost. However, there was no question in that election of my qualifications to run for the position. It was the same position that Whittier now says I was disqualified for in the 2014 election.

17. I attempted to run for the Whittier Alliance Board of Directors in March of 2014 and was prevented from running because the incumbent board found that I had not been sufficiently active in the Whittier Alliance to run for the board, notwithstanding the activities above mentioned; notwithstanding the fact that I had been permitted to run

four years earlier; and notwithstanding the fact that nothing in the existing bylaws contained such a requirement.

18. After I unsuccessfully presented a grievance protesting this exclusion, Defendant Whittier Alliance amended its bylaws to exclude from running for the Board of Directors anyone who has "committed an act of malice or defamation against Whittier Alliance or any member of its Board of Directors or otherwise disrupted the aims and purposes of the corporation."

19. I immediately recognized this provision as having been inserted for the sole purpose of preventing me, the other Plaintiffs, and people critical of the racist policies of the incumbent board and executive director from running.

20. Had it not been for this bylaw provision, I would have run for the Whittier Alliance Board of Directors in 2015.

21. I execute this affidavit in opposition to Defendants' motion to dismiss Plaintiffs' complaint and in support of Plaintiffs' motion for preliminary injunction.

_____
Mahamed Cali

Sworn to and subscribed before me
this ___ day of April, 2015.

_____
Notary Public



RANDALL DAVIS BRYANT TIGUE
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

Exhibit A

2910

We, the undersigned Karmel Plaza and Karmel Square tenants located at 2910 Pillsbury Ave. and 2936-44 Pillsbury Ave., wish to become voting members of Whittier Alliance by having our name listed in the Whittier Alliance business directory pursuant to Section 3C of the Whittier Alliance Bylaws. Upon your request we can also provide you with a copy of our lease agreement showing that our business is in the Whittier neighborhood.

| Name of Tenant/Business | Address | Type of Business | Phone Number | Signature |
|---|---|---|---|---|
| People Tran | 2910 | | | |
| Mustafa Ahmed | 2910 Pillsbury | Transportation | 952-220-9158 | *signed* |
| Arshir Ali | 2910 Pillsbury | Tellcommcctn | 612-242-2608 | *signed* |
| Fuad Ali | 2910 Pillsbury | RehableTax | 612-501-7106 | *signed* |
| Ali Ibrahim | 2910 Pillsbury | Bakaal Xawax | 612-309-9860 | *signed* |
| Mohamud Isse | 2910 Pillsbury | Subur fashion | 612-750-3321 | *signed* |
| Sahra Mohamud | 2910 Pillsbury | Towfiq Telson | 617-872-8737 | *signed* |
| Abdirahman ... | 2910 Pillsbury | Towfiq Computer | 612-644-9467 | *signed* |
| Samy ... | 2910 Pillsbury | Samy Store | 612-708-8270 | Samy |
| Ahmed Ismail | 2910 Pillsbury | Hamdi Coffee | 651-307-6838 | *signed* |
| Ali Hassan | 2910 Pillsbury | Lavazza Coffee | 621-607-4873 | *signed* |
| Adnan Hassan | 2910 Pillsbury | Kulmiye Halal | 612-703-3593 | *signed* |
| Nasra Shire | 2910 Pillsbury | Aikhal Clothing | 612-558-2262 | *signed* |
| Halimo Haliim | 2910 Pillsbury | Alixarie Fish | 612-501-3763 | Halimo C... |
| | 2910 Pillsbury | Nasma Fashi | 612- | *signed* |
| Bata Barre | 2910 Pillsbury | Sis Store | 612-562-4997 | Bata |
| Mariam Mallaabo | 2910 Pillsbury | Sua Dus Afro | 612-636-1224 | Mariam |
| Adan Gillalle | 2910 Pillsbury | Somhravil | 612-827-4406 | *signed* |
| Dilbon Ayanle | 2930 Blaisdell Ave | Home | 612-644-6200 | Dilbou |
| Fatumo Ali | 2910 Pillsbury | | 612-481-3167 | Fatumo |
| Abdikarim Khalif | 2910 Pillsbury | Abdul Barbaa | 617-807-5232 | *signed* |
| Ali Abdi | 2910 Pillsbury | Barbar Shop | 612-483-7858 | *signed* |
| Mohamed Nur | 2910 Pillsbury | Darell Cloth Store | 763-354-9067 | *signed* |

We, the undersigned Karmel Plaza and Karmel Square tenants located at 2910 Pillsbury Ave. and 2936-44 Pillsbury Ave., wish to become voting members of Whittier Alliance by having our name listed in the Whittier Alliance business directory pursuant to Section 3C of the Whittier Alliance Bylaws. Upon your request we can also provide you with a copy of our lease agreement showing that our business is in the Whittier neighborhood.

| Name of Tenant/Business | Address | Type of Business | Phone Number | Signature |
|---|---|---|---|---|
| Sadio [?] | 2910 Pillsbury | Resturant | 651-818-721[?] | [sig] |
| [?] M G | 2910 Pillsbury | [?]ome[?] | 612 827371[?] | [sig] |
| [?] | 2910 Pillsbury | [?] | 612 296667[?] | [sig] |
| Cawa Kani[?] | 2910 Pillw | KHE[?]R KABE | 612-706[?] | Sabra |
| MARIAN SIYAAD | 2910 Pillsbury | Double Store | 763 267 3375 | MAP[?] |
| [?] | [?] | Ads Pro[?] | 612 532547 | [sig] |
| [?] | [?] | Lodey Stor[?] | | |
| | | Lucky Store | 612 229 4715 | |
| AADY FC HIRASI | 2910 Pillsbury | SUNDUS Sewby | 612 547 8877 | [sig] |
| Mag[?]r Maxmud | 2910 Pillsbury | Aman Insurance/Beauty Fashion | 612-825-1609 | [sig] |
| Abdulahi | A-2910 Pillsbury | TAYO coffee | 763 147 6669 | [sig] |
| | 2910 Pillsbury | Curuklow Resturant | ? | |
| | 2910 Pillsbury | Curuklow Frost Smoothies | | |
| DAHABO IDATES | 2910 Pillsbury | Tibriel Store | 952 649 7017 | DAHABO D[?] |
| HASSAN ALI | 2910 Pillsbury | JUBBA coffee | 612 967 0314 | |
| ISREA Sewery | | | | |
| Amina May[?] | 2910 Pillsbury | ISREA Sewery | 612 644 6101 | Amina |
| FATOUMO MAHAMO[?] | 2910 Pillsbury | 165 | 612 245 5081 | Kadumo |
| KADRA FARAH | 2910 Pillsbury | Bousheina Store | 612 483 9578 | [sig] |
| AYAN FARAH | 2910 Pillsbury | Store 153 | 612 642 9271 | [sig] |
| SAMIA BARE[?] | 2910 Pillsbury | MATANAH | 612 501 7362 | Sumaya Ba[?] |
| AL[?] | 2910 Pillsbury | CORNER TAILOR | 612 735 3702 | [sig] |

148
153
159

Bourhane M[?]

We, the undersigned Karmel Plaza and Karmel Square tenants located at 2910 Pillsbury Ave. and 2936-44 Pillsbury Ave., wish to become voting members of Whittier Alliance by having our name listed in the Whittier Alliance business directory pursuant to Section 3C of the Whittier Alliance Bylaws. Upon your request we can also provide you with a copy of our lease agreement showing that our business is in the Whittier neighborhood.

| | Name of Tenant/Business | Address | Type of Business | Phone Number | Signature |
|---|---|---|---|---|---|
| #157 | AGAN | 29 P Pillsbury | Al Koweser Store | 3303103668 | DAHABO |
| | Habib Omar | a | Al-Amen Store | 612-735-6084 | HAWA |
| | Ijaz Haidar CS Computers LLC | 2910 Pillsbury | Computers | 651-890-2369 | IZ |
| #150 | Mohamed Ali | 2910 Pillsbury | Tailor | 612-644-8000 | M |
| #147 | Lul Mohamed | 2910 Pillsbury | Clothing | 612-957-5939 | |
| | Maitro Hussein | 2910 Pillsbury | Shukri Shop | 612-229-0263 | Nachua Husein |
| | Kadho Issac | 2910 Pillsbury | Sindbelo Store | 612-227-1457 | |
| | Amina Tesgwe | 2910 Pillsbury | Bilal Bal | 612-559-6030 | |
| | Safia Fatoma Ahmed | 2910 Pillsbury | Rabawan Store | 952-649-0036 | Fatima |
| | Amal Mohamed | 2910 Pillsbury | Saifo | 614-218-9090 | Amal Mohamed |
| 2005 NUVR | | 2910 Pillsbury | Tawakal Store | 646-596-7662 | Foos Meer |
| | Sheikh Adan | 2910 Pillsbury | Universal Computer | 612-250-9588 | |
| | Sheikh Abdeh | 2910 Pillsbury | Karamel C Funeral | 612-490-3562 | |
| 3RAHM07 206 Cash | Alawa | 2910 Pillsbury | Al store | 612-926-6860 | |
| | Fatum | 2910 Pillsbury | Arahma Store | 636-7698 | |
| | | 1910 Pillsbury | Wariye Travel | 612-357-9699 | |
| | Moustapha | 1910 Pillsbury | People Transportation | 952-220-9150 | |
| | Ali Isse | 2910 Pillsbury | Platinum Accom | 612-986-0703 | Ali Isse |
| | Abdikadir Mhina | 2910 Pillsbury | Shebelle | 612-886-3445 | |
| | Amil Abdulle | 2910 Pillsbury | Olympic | 612-708-0947 | |
| | Zakaria Ismail | 2910 Pillsbury | Karmel Market | 612-245-5306 | |
| | Degan Jibril | 2910 Pillsbury | Djibouti Store | 612-408-7556 | DAGAN |

We, the undersigned Karmel Plaza and Karmel Square tenants located at 2910 Pillsbury Ave. and 2936-44 Pillsbury Ave., wish to become voting members of Whittier Alliance by having our name listed in the Whittier Alliance business directory pursuant to Section 3C of the Whittier Alliance Bylaws. Upon your request we can also provide you with a copy of our lease agreement showing that our business is in the Whittier neighborhood.

| Name of Tenant/Business | Address | Type of Business | Phone Number | Signature |
|---|---|---|---|---|
| Sagal ASJ | 2910 Pillsbury | Sagal Beauty S | 612-735-0391 | [signed] |
| Hassame Arlinn H | 2910 Pillsbury | Bambaq Beautiq | 612 703 8881 | [signed] |
| Amai, M Mire Ali | 2910 Pillsbury | Amalinm | 612 683 7485 | [signed] |
| Mohamed Abuki | 2910 Pillsbury | Whole Sale | 763-354-9067 | [signed] |

We, the undersigned Karmel Plaza and Karmel Square tenants located at 2910 Pillsbury Ave. and 2936-44 Pillsbury Ave., wish to become voting members of Whittier Alliance by having our name listed in the Whittier Alliance business directory pursuant to Section 3C of the Whittier Alliance Bylaws. Upon your request we can also provide you with a copy of our lease agreement showing that our business is in the Whittier neighborhood.

| Name of Tenant/Business | Address | Type of Business | Phone Number | Signature |
|---|---|---|---|---|
| FATOU MD BASEY | 2940 Pillsbury | HAWO Fashion | 612 598 9836 | Badyxeu |
| JAMAD NUR | Saido Store | SAIDO STORE | 612 242 1602 | SAIDO NUR |
| ADUN HAJYD | 2940 Pillsbury | HAAYD ST | 612 735 0672 | R yun |
| LIBAH MOAMED | Pillsbury | SIMBA ST HOUSE | 612 701 5486 / 612 418 1131 | |
| Harryf Fara | 3030 Blaisdell | Jube Xpress | 612 827 356 | |
| Abdirizac Auf | 2940 Pillsbury | Netline | 612 384 6012 | |
| A. Hassan | 2940 Pillsbury | | | |
| mahdi Ali | 2940 Pillsbury | whoseumy | 612 354 2050 | Kaht |
| SHEIKH ATIR Mrt | 2910 Pillsbury AV | Hassan Fashion | (612) 705 5975 | Sheikh Abd |
| ABDIRAHMAN KAHIY | 2940 Pillsbury Av | UMA Home Care | (612) 523-4305 | |
| Said Mue | 2940 Pillsbury | Money Tram | 612 825 2992 | |
| Ahmed Ali | 2910 Pillsbury | " " | 612 299 5180 | |

We, the undersigned Karmel Plaza and Karmel Square tenants located at 2910 Pillsbury Ave. and 2936-44 Pillsbury Ave., wish to become voting members of Whittier Alliance by having our name listed in the Whittier Alliance business directory pursuant to Section 3C of the Whittier Alliance Bylaws. Upon your request we can also provide you with a copy of our lease agreement showing that our business is in the Whittier neighborhood.

| Name of Tenant/Business | Address | Type of Business | Phone Number | Signature |
|---|---|---|---|---|
| MAHDI MOHAMED | 2940 PIL | Mens Disho Tailor | 612 4198151 | |
| NASIR DAYIB | 2940 Pillsbury | Retail | 612-298-9082 | |
| LIBAN Sheikh | 2940 Pillsbury | BAREBARE | 612-926-1156 | |
| Omar MAHAMUD | 2940 Pillsbury | DRY Cleaner | 612 254 4773 | |
| Oali Ali SAMA | 2940 Pillsbury | HOLD SALE FURQAAN STORE | 612 876 8813 | |
| Abdi MAHAMED | 2940 Pillsbury | HAMARWYNE Egg | 612 644 5066 | |
| Deega Abdi | 2940 Pillsbury | AlFatihe shoop | 651 434 94 05 | |
| Karamel Coffee | 2940 Pillsbury | Karamel Coffee | 612 886 5441 | (WUL-WALE) |
| Osman Abo | 2940 Pillsbury | Clothing | 651-757-6137 | |
| Ahmed Warsan | 2940 Pillsbury | TAX service | 612 807 5492 | |
| Abdul IBRAHIM | 2940 Pillsbury | BAREBAR Shop | 612 468 2593 | |
| HALIMO YUSUF | 2940 Pillsbury | W selesclothe | 612 246 3051 | |
| HODAN ISSA | 2940 Pillsbury | Galo Fashion | 612 205 4432 | |
| BRADO KAHIN | 2940 Pillsbury | AL KASO Re | 612 447 4752 | |
| Ilban DIRIYE | 2940 Pillsbury | Clothing store | 206 366 5086 | |
| MAHAMUD Abdi | 2940 Pillsbury | SAFARI Coffe | 612 823 5367 | |
| Abdulahi Abuker | 2940 Pillsbury | Sicoink | 763 843 6669 | |
| Yusuf Osman | 2940 Pillsbury | Computer | 612 223-8900 | |
| KADIJO Abdullahi IDRISE | 2940 Pillsbury | Omil Kodi | 612 978 5394 | |
| Lule Dole Ali | 2940 Pillsbury | Chara Fstore | 612-823 32.73 | |
| Mohamud Mohmd | 2940 Pillsbury | Dar Al-Sham | 952 215-5668 | |