## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Basim Sabri, Marty Schulenberg, Mohamed
Cali, Jay Webb, and Zachary Metoyer,

                              Plaintiffs,

vs.

City of Minneapolis, a municipal corporation,
and the Whittier Alliance, a Minnesota
not-for-profit corporation,

                              Defendants.

Court File No. 15-CV-01578 (ADM/SER)

**AFFIDAVIT OF BASIM SABRI**

---

STATE OF MINNESOTA   )
                     )SS
COUNTY OF HENNEPIN   )

Basim Sabri, being first duly sworn, states and alleges as follows:

1.   I am one of the Plaintiffs in the above-entitled matter.

2.   I have been active in the Whittier neighbor for over 25 years.  This activity has

     included the following:

     a.   I have bought and sold over 50 properties in the neighborhood.

     b.   I currently own seven properties in the neighborhood, including both 320

          commercial businesses and residential properties, which include over 100

          residential units.

     c.   I have attended literally hundreds of meetings relating to Whittier Alliance.

     d.   I have actively participated in the Whittier graffiti cleanup program and have

          donated my equipment for use of the Whittier Alliance.

e.  I have participated in the startups of hundreds of businesses in the Whittier neighborhood.

3.  I was actively involved in attempting to get the Whittier Alliance to recognize Somali businesses in the neighborhood since at least 2012.  The following communications document some of these attempts.

a.  Exhibit A is a true and correct copy of an email thread spanning May 30, 2012 through June 14, 2012, between Whittier Alliance Executive Director Marian Biehn, myself and copies to Plaintiff Mohamed Cali.  The list at the end of the exhibit was referred to in the email chain and attached to at least one of the emails.  Of particular note are the following assurance from Ms. Biehn:

   i.  "… I will take the list and follow up with it.  Thank you for sending it to me.  I will be stopping by the businesses to introduce myself and get the balance of the information that is needed.  This is standard procedure, no need for concern.  Given the length of it, it will take a bit of time to catch up with everyone but it will get done." June 8, 2012.

   ii.  The Somali businesses that are interested in being in the directory will be listed.  It is not as instant as you expect since we don't have an IT person on staff who does updates.   Instead, we rely on the availability of volunteers.  Also, there is some missing information we need to get from the business owners.  Since it is not your listing and you are not the boss of the Somali businesses, I will follow through on getting the information. …" June 14, 2012.

b.  Exhibit B is a true and correct copy of a letter dated February 14, 2013 that I wrote and addressed to Marian Biehn.  As of that date, there had been no meaningful follow through by Ms. Biehn as promised on June 8th and June 14th, 2012 as quoted above.  Therefore I sent this letter providing a new list with signatures from the various business owners requesting inclusion.

c.  Exhibit C is a true and correct copy of the email exchange with Whittier Alliance Executive Director Marian Biehn, and myself spanning March 19, 2013 to March 20, 2013 in further attempts to get cooperation from Ms. Biehn and Whittier Alliance.

4.  It is my belief that Ms. Biehn and Whittier Alliance, despite early assurances to fully cooperate by gathering any missing information themselves, became uncooperative when they realized that inclusion in the Business Directory automatically granted voting rights to the included businesses pursuant to the Section (3)(C) of the Whittier Alliance By-Laws.

5.  According to correspondence from the attorney for Whittier Alliance, Ellen McVeigh dated June 11, 2013, Ms. Biehn went to Karmel Mall on July 5, 2012 and spoke with businesses whose names were provided and ended up adding 5 names out of the 101 provided names.  While it was asserted in that letter that most of the individuals talked to "were not aware of the supposed request" there was no communication as to which shops were queried, who was talked to and whether the storeowner was reached.

6.  Exhibit C includes a list of 127 business that signed a petition indicating they wanted inclusion in the business directory.  The vast majority of those requests (116)

included the signature of the owner.  This list was provided on February 14, 2013, nearly 4 months before the letter from Ms. McVeigh, and given the numerous signatures, should have provided convincing information that the belief that shop owners were not requesting inclusion in the Whittier Business Directory was false.

7.     I attempted to run for the Whittier Alliance Board of Directors in March of 2014 and was prevented from running because the incumbent board found that I had not been sufficiently active in the Whittier Alliance to run for the board, notwithstanding the above-mentioned activities and notwithstanding the fact that nothing in the existing bylaws contained such a requirement.  A true and correct copy of the denial is attached hereto as Exhibit D.

8.     After the 2014 board election, in addition to pursuing the above-mentioned grievance, I challenged the incumbent Whittier board as follows:

   a.   I helped circulate a petition calling for the firing of the incumbent executive director because of the racist policies she was pursuing.  We obtained a sufficient number of signatures to force a special meeting, but the incumbent board refused even to permit a vote on the firing of the executive director.

   b.   As a result of the board's refusal even to permit a vote, I helped circulate a second petition for the removal of the entire board of directors.

9.     After I unsuccessfully presented a grievance protesting my exclusion as a candidate for the 2014 election, Defendant Whittier Alliance amended its bylaws to exclude from running for the Board of Directors anyone who has "committed an act of malice or defamation against Whittier Alliance or any member of its Board of Directors or otherwise disrupted the aims and purposes of the corporation."

10.    I immediately recognized this provision as having been inserted for the sole purpose of preventing me, the other Plaintiffs, and people critical of the racist policies of the incumbent board and executive director from running.

11.    Had it not been for this bylaw provision, I would have run for the Whittier Alliance Board of Directors in 2015.

12.    I execute this affidavit in opposition to Defendants' motion to dismiss Plaintiffs' complaint and in support of Plaintiffs' motion for preliminary injunction.

Basim Sabri

Sworn to and subscribed before me
this 22 day of April, 2015.



Notary Public

MARTHA RUBIO SCHILLER
Notary Public
State of Minnesota
My Commission Expires
January 31, 2016

**Marian@whittieralliance.org**                    Thu, Jun 14, 12  12:45 PM

to Basim Sabri

cc mahamed cali

## RE: Meeting today

Basim

The Somali businesses that are interested in being listed in the directory will be listed.  It is not as instant as you expect since we don't have an IT person on staff who does the updates.  Instead, we rely on the availability of volunteers.  Also, there is some missing information we need to get from the business owners.  Since it is not your listing and you are not the boss of the Somali business, I will follow through on getting the information.  Any of the businesses are welcome to come into the WA office and talk with me as well.  They can also come to one of the community meetings and sign in and become a voting member.  This would have an additional benefit of them participating in the broader discussions of neighborhood issues.

While Karmel is predominantly Somali, there are other Somalis in the neighborhood who do not live or work there.  Just so you know, I am working with another Somali group in Whittier on an education grant for Somali youth and adults. There is a timeline on the application, so it takes precedence.

And to that end, I will give you a definition from the dictionary that we have/use in our office:
Webster's New Encyclopedia of Dictionaries:  Compiled by:  John Gage Allee, PhD.  Copyright 1993 Ottenheimer Publisher, Inc.  Page 161. Ghetto:  *noun* a. a section to which Jews were restricted; a section of a city in which members of a national or racial group live or are restricted. (It.)
As you see, there is no negative connotation and none was intended.  Whereas the Somali community is not "restricted," Karmel is a section of the city where there is a large concentration of Somali nationals who live and work there.  In public hearings you have said as much.

I hope the posters are still up in Karmel Village, Square and Plaza inviting residents and businesses to the Art in the Park tonight.  It is a free Improv theater show that will be entertaining.  It has moved to Whittier Park due to the rain.  I had distributed posters when I was there to meet with the Somali businesses.

Marian

---

**From:** Basim Sabri [mailto:Basim@sabriproperties.com]
**Sent:** Thursday, June 14, 2012 9:28 AM
**To:** marian@whittieralliance.org
**Cc:** calimahamed@gmail.com; Robert Speeter
**Subject:** FW: Meeting today

Marian,

It is apparent that you're not interested in having Somalis join the organization and to become members.  It also appears that you don't want them listed in the business directory.  I want to also remind you of your quote in the paper when we were building the Karmel Village that you didn't want the neighborhood to become ghettoized.

Exhibit A

Somalis have the same rights as all other neighborhood people and we will have Mohamed Cali, the liason for all the tenants, to gather all the information needed for them to be listed in the business directory. We expect you to list them in the business directory in a timely manner once you receive them. In addition, they will become voting members of the Whittier Alliance. Let me know if there's anything I can do to help in addition.

Basim Sabri

---

**From:** Basim Sabri
**Sent:** Monday, June 11, 2012 12:12 PM
**To:** Marian@whittieralliance.org
**Subject:** RE: Meeting today

Marian,

We are attempting to assist our tenants and you by gathering all their information and signatures. I looked at the business directory online and the only info listed for each business is the name, address and telephone number. We have already provided the business names and addresses. It will be more efficient for us to collect the phone numbers if needed and the reason we wanted to also collect signatures is for confirmation that they want to be listed in the directory. We are also familiar with what time each business opens and when the owner's are present in the order to get the information needed in a more timely manner as they are eager to get advertisment for the malls.

This would be no different than the procedure taken for those other businesses already listed in the directory. We simply want to help expedite the matter, thereby not wasting your time and the taxpayer money to get the same goal accomplished, and this is in accordance with the Whittier bylaws.

Basim Sabri

---

**From:** Marian@whittieralliance.org [Marian@whittieralliance.org]
**Sent:** Friday, June 08, 2012 3:47 PM
**To:** Basim Sabri
**Cc:** calimahamed@gmail.com
**Subject:** RE: Meeting today

Yes-
Thank you, I did receive the list on Wednesday but I had both in and out of the office meetings and also to attend a funeral that put me behind on email responses.
I will take the list and follow up with it. Thank you for sending it to me. I will be stopping by the businesses to introduce myself and get the balance of the information that is needed.  This is standard procedure, no need for concern.

Given the length of the list, it will take a bit of time to catch up with everyone but it will get done.

Marian

---

**From:** Basim Sabri [mailto:Basim@sabriproperties.com]
**Sent:** Friday, June 08, 2012 12:19 PM
**To:** marian@whittieralliance.org
**Cc:** calimahamed@gmail.com
**Subject:** FW: Meeting today

Marian,

I didn't get a response on this yet so I was just following up.

Basim

---

**From:** Basim Sabri
**Sent:** Wednesday, June 06, 2012 11:19 AM
**To:** Marian@whittieralliance.org
**Cc:** calimahamed@gmail.com
**Subject:** RE: Meeting today

Hi Marian,

The tenants in both Karmel malls have approached us to help facilitate getting their businesses listed in the Whittier Alliance business directory so they can have more advertisement and exposure.

I've attached a list of businesses but wanted to pass it by you 1st to make sure once we get the business owner signatures that it will be sufficient to get them listed in the directory.

Let me know- thanks.

Basim Sabri

---

**From:** Marian@whittieralliance.org [Marian@whittieralliance.org]
**Sent:** Wednesday, May 30, 2012 3:49 PM
**To:** Basim Sabri
**Cc:** calimahamed@gmail.com
**Subject:** RE: Meeting today

Hi
I think you are aware that Mahamed Cali invited me to talk with some of the business owners later this afternoon.  Nothing to worry about.  I might even have some time to check out some of the scarves and fabrics at a couple of the shops.  I'm looking forward to having a friendly discussion and passing on information about the Whittier Alliance and things happening in the neighborhood (park programs, free theater in the park, etc.)

Marian

---

**From:** Basim Sabri [mailto:Basim@sabriproperties.com]
**Sent:** Wednesday, May 30, 2012 11:41 AM
**To:** Marian@whittieralliance.org
**Cc:** calimahamed@gmail.com
**Subject:** RE: Meeting today

Marian:

This email is to confirm your purpose of entering the Karmel Plaza/Karmel Square malls located at 2910-2944 Pillsbury Ave. S. today.  The purpose of your presence is to verify the tenant existence in Whittier neighborhood in order for them to become a voting member of the association.

If this is your sole purpose in entering the malls then Sabri Properties will be able to provide a copy of those tenant leases to confirm they are a legitimate business in the neighborhood and to justify their right to obtain voting membership per Article III of the Whittier Alliance bylaws.

Please respond if there's anything else you may need in order to grant them their voting rights.

This will be a one time authorization for you to enter the malls since you are currently under a No Trespass order from Sabri Properties.  Again, please confirm the time you will be arriving to the malls today.

Basim Sabri

---

**From:** Marian@whittieralliance.org [Marian@whittieralliance.org]
**Sent:** Wednesday, May 30, 2012 9:35 AM
**To:** Basim Sabri
**Cc:** Mohamed Cali
**Subject:** Meeting today

Hi
Just an FYI that I have been invited by the Somali American Community-Mahamed Cali to meet with some of the businesses at Karmel.
Marian

Marian Biehn, Executive Director
Whittier Alliance
10 E. 25th St.
Minneapolis, MN  55404
Ph: 612-871-7756  Fax:  612-871-0650
www.whittieralliance.org

We, the undersigned, tenants at 2910 Pillsbury Ave. S. (Karmel Plaza) request to be listed in the Whittier Alliance directory effective immediately.  By being listed in the directory it is our intent to become voting members of the Whittier Alliance per Article III, Section 3C.  Further, please find a donation on our behalf in the amount of Five Dollars and 00/100 ($5.00) written to Whittier Alliance in order for us to activate membership to the Whittier Alliance per Article III, Section 2C.

| Business Name | Suite No. | Signature |
|---|---|---|
| Juba Coffee & Ice Cream | 93 | |
| Mohamud's Wife | 94 | |
| Pillsbury Wireless | 95A/96 | |
| Reliable Tax Service | 95B | |
| Bakaal Worlwide | 99 | |
| Al-Hamdi Cafeteria | 101 | |
| Lavazza Coffee | 102 | |
| Hikma Store | 104 | |
| Kulmie Halal Meat | 103/105 | |
| Talyanle Fashion | 106 | |
| Gedi Cosmetic & Perfume | 107 | |
| A-Z Merchandise | 108A/B | |
| Ladan Fashion | 109 | |
| Suffi Store | 110A/B | |
| Ayaan 2 | 111 | |
| Hamzeh Store | 112A | |
| Ubah Mohamed and Abdul | 112B | |
| Creation | 113 | |
| Sahan Studio | 114A | |
| Imran | 114B | |
| Fatuma Fashion | 115 | |
| 5 Stars of Minnesota | 117 | |
| Deg Deg Grille | 119 | |
| Al-Amiin Store | 120 | |
| Duur Duur Clothing Store | 121 | |
| Amal Latest Fashion | 122 | |

| | | |
|---|---|---|
| Sharif Fashion | 123 | |
| Kharqabe | 124A/B | |
| Romale Clothing Store | 125 | |
| Addo Perfumes | 126A | |
| Gorgor Store | 126B | |
| Mohamed Jumale | 127 | |
| Sundus Beauty Jewelry | 128A | |
| Salama Wireless | 128B | |
| Dhuxo Store | 129 | |
| Lucky Store | 131 | |
| Tayo Café & Ice Cream | 132 | |
| Beauty Fashion/Ayman Insurance Agency | 133 | |
| Qoraxlow Restaurant | 135 | |
| Barwaqo | 136A | |
| Kaah Express | 136B | |
| Kosar Hussein | 137 | |
| Qoraxlow Coffee | 138A/B | |
| Shifo Store | 139 | |
| Tawakal | 140 | |
| Billa Store | 141 | |
| Ridwan Fashion | 142 | |
| Barwaaqo | 143 | |
| International Clothing | 144A | |
| Cedar Tobacco | 144B | |
| Naima Hussein | 145 | |
| Amal Shop | 146 | |
| Al-Amin | 147 | |
| Amal Jama | 148A | |
| Albakri Tailor | 148B | |
| Duur Duur | 149 | |
| Hijab Fabric Center | 150/154 | |
| Alkowser | 151 | |
| Ayan Farah | 153/155 | |
| Yusra Jewelry | 157 | |
| Mariam Mohamed | 159 | |

| | | |
|---|---|---|
| Amira | 161/163 | |
| Matan Store | 165 | |
| Allah Amin Store | 167 | |
| Karmel Halal Market | 171 | |
| Afrik Inc. | 177 | |
| Franklin Bank | 179 | |
| Dijbouti Store | 181 | |
| Daalo One Store | 183 | |
| Siraad Henna Store | 184 | |
| Qoraxlow Restaurant | 185 | |
| Karmel Community Prayer Center | 200 | |
| Oday Home Care | 204 | |
| 5 Stars of Minnesota | 206A | |
| Hassan Fashion Inc. | 206B | |
| Universal Computer & Electronics | 206C | |
| Uruba Coffee/Computer | 207 | |
| Hodan Global Money Wiring | 208A/B | |
| Y&I Boutique LLC | 210A | |
| Bakaal Worldwide Inc. | 210B | |
| Mohamud's Wife | 211 | |
| Waryie Tax Services | 212A | |
| People's Transportation Inc. | 212B | |
| Ontime Accounting LLC | 214 | |
| Al-Mire | 216 | |
| Olympic Money Transfer | 217 | |
| Samiya Salon, LLC | 218 | |
| Juba Graphics | 219 | |
| Naima Store | 220 | |
| Sahal Express | 221 | |
| Henna Express | 222 | |
| Sagal Beauty Salon | 223 | |
| SomAmerican Food Dist. | 224 | |

| | | |
|---|---|---|
| Zahra Fashion | 225 | |
| Mandeeq Boutique | 227 | |
| International Food Manufacturing | 228 | |
| MN Adult Day Center | 233/235 | |
| Aflah Store | 234 | |
| Amalina Hamman | 236/240B | |
| Shamey Telecom | 240A | |
| Khulafa Al-Rashideen | 245 | |
| | | |
| | | |
| | | |
| | | |

Marian@whittieralliance.org                    Mon, Jun 25, 12  10:50 AM
to Basim Sabri

Out of the Office

I am out of the office as of Monday, Jun 25, returning Monday, July 2.

Please be patient and I will reply to your email as soon as possible

after my return.   For immediate concerns, please call the Whittier

Alliance office, at 612-871-7756.



## SABRI PROPERTIES LLC

207 EAST LAKE STREET · SUITE 300 · MINNEAPOLIS, MN 55408 · PHONES 612-825-4433 · 612-825-7773 · FAX 612-825-1169
WWW.SABRIPROPERTIES.COM

February 14, 2013

Marian Biehn
Whittier Alliance
10 E. 25th St.
Minneapolis, MN  55404                              *via USPS Certified Mail*

Dear Ms. Biehn:

Enclosed please find the list of those tenants thus far who wish to be listed in the Whittier Alliance business directory, thereby becoming voting members of Whittier Alliance per Section 3C of the Whittier Alliance bylaws.

Please enter their names in the business directory as expediently as possible and as I stated previously if you need me to provide a technician to do so I would be more than happy to accommodate.

Sincerely,

Basim O. Sabri

BOS/rb

Exhibit B

We, the undersigned Karmel Plaza and Karmel Square tenants located at 2910 Pillsbury Ave. and 2936-44 Pillsbury Ave., wish to become voting members of Whittier Alliance by having our name listed in the Whittier Alliance business directory pursuant to Section 3C of the Whittier Alliance Bylaws.  Upon your request we can also provide you with a copy of our lease agreement showing that our business is in the Whittier neighborhood.

| Name of Tenant/Business | Address | Type of Business | Phone Number | Signature |
|---|---|---|---|---|
| Osman Abo | 2940 Pillsbury apmts MN 55408 suite 126-127 | Banadir Fashion Center | 651-757-613 | Osman Ale |
| MAHDI Mohamd | 2940 Pillsbur | Mogdisho TAOR suTe 124 | 612 419 8151 | Okay |
| MWAS RAMOHamd | 2940 Pillsbury | YusRA shop suite 108B | 6124234677 | |
| BachiRe Abdikariim | 2940 Pillsbury | SuiTe 105 | 612 581 2892 | Officer |
| Muchidin Abdi | 2940 Pillsberry | Suit 106 | 612 227 9325 | |
| Abdur-hman Ax | 2910 Pillsbury | # 212A | 952-2193989 | |
| Ontime Accoun | 2910 Pills.r | # 214 | 612-988-0908 | |
| Samy in 2 M.r | 2910Pillsbury | Samy, Selon | 612 208-8370 | |
| Computer school | 2910 Pillsbury # 268 | Cockmpute repair | 612-250-0058 | |
| ismail Luballa | 2910 Pills.by #213 | Halada do | 612-644-7633 | |
| SAGAL ABDI | 2910 PILLSBURY ST 273 | SALON HAIR | 612 7350313 | |
| Sara Jama | 2910 Pilsburya | #725 SaLe | 612 226520 | |
| | 2910 Pillsbury #226B | AMALLINA S | 612 483 7485 | |
| Omar HASSAN | 2910 Pillsbury AV | # 123 | 612 730 7393 | |
| Al Ibrahim | 2910 Pillsbury AV | 99 Batamt | 612 827 1895 | |
| AbduL Ibrahim | 2940 Pillsbury AV 113 | FAM BARBAR | 612- 418-2593 | |
| Barni Ibrahim | 2910 Pillsbury AV | SALES clocth | 651 500 7875 | |

We, the undersigned Karmel Plaza and Karmel Square tenants located at 2910 Pillsbury Ave. and 2936-44 Pillsbury Ave., wish to become voting members of Whittier Alliance by having our name listed in the Whittier Alliance business directory pursuant to Section 3C of the Whittier Alliance Bylaws. Upon your request we can also provide you with a copy of our lease agreement showing that our business is in the Whittier neighborhood.

| Name of Tenant/Business | Address | Type of Business | Phone Number | Signature |
|---|---|---|---|---|
| Mohamed H-Durow | 2944 Pillsbury Ave Suit# 35 mnpolis MN 55408 | TaliRet | 612701-8669 | [signature] |
| Abdulahi. A SECO. inc | | PO porfum | 763 843 6669 | [signature] |
| Toyo coffe | | coffee | 763 843 6669 | [signature] |
| Computer/Music | 2910 Pillsbury Ave #102 | Music | 612 242 8600 | [signature] |
| Hussein Ali Said | 2910 Pillsbury 126 | ADD Parchase | 612 532 2547 | Hussa |
| Abdirazak Jama | 2910 Pillsbury 137 | Insurance Agency | 612 825 1609 | [signature] |
| | 2960 Pillsbury Third | Karmel Restaurant 612 | | |
| Libain Sheikh | 2910 Pillsbury AV Suite 111 Jimicyato | Darbaa | 612 786 1155 | [signature] |
| Suhur Fashion | 2910 Pillsbury AV | Sales closth | | [signature] |
| Fuad Ali | 2910 Pillsbury av | Reliable tax | 612 501 7106 | [signature] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2910

We, the undersigned Karmel Plaza and Karmel Square tenants located at 2910 Pillsbury Ave. and 2936-44 Pillsbury Ave., wish to become voting members of Whittier Alliance by having our name listed in the Whittier Alliance business directory pursuant to Section 3C of the Whittier Alliance Bylaws. Upon your request we can also provide you with a copy of our lease agreement showing that our business is in the Whittier neighborhood.

| Name of Tenant/Business | Address | Type of Business | Phone Number | Signature |
|---|---|---|---|---|
| People Trans | 2910 | | | |
| Mustafa Ahmad | 2910 Pillsbury | Transportation | 952-220-9158 | |
| ABshir pic | 2910 Pillsbury | Tellcomcation | 612-242-2608 | |
| Fuad ali | 2910 Pillsbury | Reliable taxi | 612 501 7406 | |
| ALI IBRAHIM | 2910 Pillsbury | BAKAAL XAWAX | 612 2999860 | |
| Mohamud Issa | 2910 Pillsbury | Suhur fashion | 612-250-3321 | |
| Sahra Mohmud | 2910 Pillsbur | Tawfiq Taxsou | 617-888-8737 | |
| Abdirahman Elmy | 2910 Pill #EAS | Tawfiq compute | 612-644-8467 | |
| Simug Pir | 2910 Pillsbury | Simni silen | 612-788270 | |
| Ahmed Ismail | 2910 Pillsbury | HAMDI COFFE | 651 3076838 | |
| Ali Hassan | 2910 Pillsbury | i AVAZZA Coffe | 621-6074873 | |
| Adnan Hassan | 2910 Pillsbury | Kulmiye halal | 612 703 3693 | |
| Nuurel Smino | 2910 Pillsbury | Kildka clothing | 612-338-9262 | |
| Halimo | 2910 Pillsbury | TANZANIE FASH | 612 503 8763 | |
| | 2910 Pillsbury | NASMA Foshi | 612- | |
| Bashi Barre Hurr | 2910 Pillsbury | SIG STORE | 612-562-4447 | |
| MARIAN MAHAMED | 2910 Pillsbury | | 612 836 1224 | Mariam |
| Ayan Guled | 2910 Pillsbury | Somali travel | 612-827-4403 | |
| Diiben Ayanud | 2930 Blaisdell Ave | Home | 612-644-6800 | |
| FATOVMO ALI | 2910 Pillsbury | | 612 481 3167 | Fatima |
| Abdikarim Khalif | 2910 Pillsbury | Abdul BARBAA | 612 807 5432 | |
| ALI ABDI | 2910 Pillsbury | BARBARE Shop | 612 483 7888 | |
| Mohamed NVR | 2910 Pillsbury | DARUL Clinisiar | 763 354 9067 | |

We, the undersigned Karmel Plaza and Karmel Square tenants located at 2910 Pillsbury Ave. and 2936–44 Pillsbury Ave., wish to become voting members of Whittier Alliance by having our name listed in the Whittier Alliance business directory pursuant to Section 3C of the Whittier Alliance Bylaws.  Upon your request we can also provide you with a copy of our lease agreement showing that our business is in the Whittier neighborhood.

| Name of Tenant/Business | Address | Type of Business | Phone Number | Signature |
|---|---|---|---|---|
| Sadia Ali | 2910 Pillsbury | Resturan | 651-815-725 | |
| Dhamic | 2910 Pillsbury | Romela | 612 827 37 | |
| N's Boy | 2910 Pillsbury | Amal Project | 612 5965707 | |
| Calwa Kahi | 2910 Pillsbury | KHERR KAABE | 612-206-8453 | Sana |
| MARIAN SIYAAD | 2910 Pillsbury | DOUHO STORE | 763 267 3375 | MARma |
| Hussen Sand | | Ads Perfumes | 612532547 | |
| Nadifo Hasa | | Lucky store | | |
| | | LUCKY STORE | 612 229 4715 | |
| NADIFO HIRASI | 2910 Pillsbury | SUNDUS Jewelry | 952 547 8877 | |
| Maataan maxmud | 2910 Pillsbury | Amanineature Beauty Fashion | 612-825-1609 | |
| ABDullahi | A-2910 Pillsbury | TAYO COFFE | 763 143 6669 | |
| | 2910 Pillsbury | Qurux low Restaurnt | 7 | |
| | 2910 Pillsbury | ouruxlow FROST SHOOThies | | |
| DAHABO IDATES | 2910 Pillsbury | Tilbiel STORE | 952 649 7017 | DAHABO Niki |
| HASSAN ALT | 2910 Pillsbury | SUBBA COFFE | 612 067 0314 | |
| ISREA Jewelry | | | | |
| Amina MAxk | 2910 Pillsbury | ISREA Jewlery | 612 644 6101 | Amina |
| BATOULO MAHAMOO | 2910 Pillsbury | 165 | 612 245 5081 | Kadim |
| KADRA FARAH | 2910 Pillsbury | Bowghena Store | 612 483 9578 | |
| AYAN FARAH | 2910 Pillsbury | STORE 153 | 612 642 9221 | |
| SAMIA BARESand | 2910 Pillsbury | MATANAH | 612 501 7362 | |
| ALDABET | 2910 Pillsbury | CORNER TAILOR | 612 735 3702 | |

128
153
159

Bourhane mektar

We, the undersigned Karmel Plaza and Karmel Square tenants located at 2910 Pillsbury Ave. and 2936-44 Pillsbury Ave., wish to become voting members of Whittier Alliance by having our name listed in the Whittier Alliance business directory pursuant to Section 3C of the Whittier Alliance Bylaws.  Upon your request we can also provide you with a copy of our lease agreement showing that our business is in the Whittier neighborhood.

| Name of Tenant/Business | Address | Type of Business | Phone Number | Signature |
|---|---|---|---|---|
| AGAN | 29 D Pillsbury | AL KOWESER Store | 3303103668 | DAHABO |
| Hawo Omar | 2 | Al-Amen store | 612-735-6054 | HAWA |
| IJAZ HAIDAR GS Computer SLC | 2910 PILLISbury | Computers | 651-8802369 | 12 Li |
| MOHAMED ALI | 2910 Pillisbury | TAILORE | 612-644-8000 | Mesn |
| LUL MOHAMED | 2910 Pillsbury | CLOTHing | 612-987-5979 | lul |
| NAIMO HUSSEIN | 2910 Pillsbury | Shukri Shop | 612 229 0263 | Naima Hussein |
| KADRO ISSAR | 2910 Pillsbury | Sindbed Store | 612 2271457 | |
| AMINA Tossane | 2910 Pillsbury | BILAN Fish | 612 559 6080 | Fayl C |
| FAToma Ahmed | 2910 Pillsbury | RADAWAN Store | 9526490036 | Fatima AXmed |
| AMAL Mohamed | 2910 Pillsbury | SAIFO | 614218 9070 | Amal Mohamed |
| FOOZ NUUR | 2910 Pillsbury | TAWAKAL Store | 612 586 76 62 | Fooz Nuur |
| SHekh ADAN | 2910 Pillsbury | UNIVERSAL computr | 612 250 9588 | Ali |
| Sheikh Abdeh | 2910 Pillsbury | Karamel C FUNERAL | 612 4903562 | |
| ALI JAbdela | 2910 Pillsbury | AL HODAN Store | 612 8006860 | |
| FATOne Mohamed | 2910 Pillsbury | ALRAHMA Store | 612 6367698 | - |
| WHITTIER 7 | | WARIKO TRAVEL | 612 353 9899 | |
| MOUSTAPHE | 2910 Pillsbury | PEOPle Transportation | 952 2209150 | |
| ALI ISSE | 2910 Pillsbury | Perfume accer | 612-986-0703 | Ali Isse |
| Abdikadir Mukrow | 2910 Pillsbury | She belle | 612-886 54618 | |
| Khalil Abdulle | 2910 Pillsbury | OLYMPIC | 612-208-0947 | |
| Zakaria Ismail | 2910 Pillsbury | Karmel Market | 612 245 5806 | S. Ismail |
| Degan Fibril | 2910 Pillsbury | Djibouti Store | 612 408 7556 | DAGeri |

We, the undersigned Karmel Plaza and Karmel Square tenants located at 2910 Pillsbury Ave. and 2936-44 Pillsbury Ave., wish to become voting members of Whittier Alliance by having our name listed in the Whittier Alliance business directory pursuant to Section 3C of the Whittier Alliance Bylaws.  Upon your request we can also provide you with a copy of our lease agreement showing that our business is in the Whittier neighborhood.

| Name of Tenant/Business | Address | Type of Business | Phone Number | Signature |
|---|---|---|---|---|
| Sagal ASJ | 2910 Pillsbury | SAGAL Beauty S | 612-736-03 | Sagal ASJ |
| Mahdere Arinn H | 2910 Pillsbury | Bahida Beauty | 612 703 8881 | |
| Amal NM Mire Ali | 2910 Pillsbury | AMALNM | 612 683 7485 | |
| Mohamed Abuk | 2910 Pillsbury | Whole Sale . | 763-854-9007 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

We, the undersigned Karmel Plaza and Karmel Square tenants located at 2910 Pillsbury Ave. and 2936-44 Pillsbury Ave., wish to become voting members of Whittier Alliance by having our name listed in the Whittier Alliance business directory pursuant to Section 3C of the Whittier Alliance Bylaws. Upon your request we can also provide you with a copy of our lease agreement showing that our business is in the Whittier neighborhood.

| Name of Tenant/Business | Address | Type of Business | Phone Number | Signature |
|---|---|---|---|---|
| FATOUMO BASEY | 2960 Pillsbury | HAWO Fashion | 612 5989836 | Fadumo |
| JAMAD NUR | Saido store | SAIDO STORE | 612 242 1602 | JAMAD NUR |
| RUUN HASSD | 2940 Pillsbury | HAAYD ST | 612 7350672 | RUUN |
| I BAH MOHAMED | Pillsbury | Bimba ST | 612 7015486 | ULL |
| Haraed Fatah | 2930 BLAISDELL | HOUSE | 612 9781816 | |
| Abdirizak Ang | 2940 Pillsbury | Julee Xpress | 612 827358 | |
| A Hussein | 2940 Pillsbury | Netline | 6123845012 | |
| muhdi Ali | 2940 Pillsbury | Nexum | 612 354 2050 | |
| Sheikh Ata Hou | 2910 Pillsbury AV | HASSAN fashion | (612) 7055975 | Sheikh Abdi |
| ABDIRAHMAN KAHIN | 2940 Pillsbury Ave | UNO Home CARE | 612 527-4305 | |
| Saud Mur | 2940 Pillsbury | Money Tront | 612 875 2990 | |
| Ahmed Ab | 2910 Pillsbury | '' '' | 612 5935718 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

We, the undersigned Karmel Plaza and Karmel Square tenants located at 2910 Pillsbury Ave. and 2936-44 Pillsbury Ave., wish to become voting members of Whittier Alliance by having our name listed in the Whittier Alliance business directory pursuant to Section 3C of the Whittier Alliance Bylaws.  Upon your request we can also provide you with a copy of our lease agreement showing that our business is in the Whittier neighborhood.

| Name of Tenant/Business | Address | Type of Business | Phone Number | Signature |
|---|---|---|---|---|
| MAHDI Mohamed | 2940 Pil | Mogadisho Tailor | 612 4198151 | Chy |
| NADIR Dayib | 2940 Pillsbury | Retail | 612-298-9080 | Adiis |
| LIBAN Sheikh | 2940 Pillsbury | BAREBARE | 612-926-1155 | la2 |
| Omar MAHAMUD | 2940 Pillsbury | DRY Cleaner | 612 294 4773 | Omar |
| ALI ALI JAMA | 2940 Pillsbury | HOLO SALE EUROPAN STORE | 612 876 8813 | Quafu |
| Abdi MAHAMED | 2940 Pillsbury | HAMAR WYNE Fas | 612 644 5066 | Abdi |
| Deega Abdi | 2940 Pillsbury | ALFATHE shoop | 651 434 94 05 | Deega |
| Mohamed Coffe | 2940 Pillsbury | Karamel Coffe | 612 886 5441 | Abdi Abdul |
| Osman Abo | 2940 Pillsbury | Cloth'in | 651-757-637 | Osman No |
| Ahmed Warsan | 2940 Pillsbury | TAX service | 612 807 5490 | A |
| Abdul IBRAHIM | 2940 Pillsbury | BAREBAR slop | 612 418 2593 | |
| HALIMO YUSUF | 2940 Pillsbury | 247 salon clothe | 612 786 3061 | Hey |
| HODAN ISSA | 2940 Pillsbury | Cabo Fashion | 612 205 6622 | T Hoyen |
| IRADO KAHIN | 2940 Pillsbury | AL KASORe | 612 797 4752 | I-Rdy |
| Uban DIRIYE | 2940 Pillsbury | Clothing Store | 006 366 5086 | |
| MAHAMUD Abdi | 2940 Pillsbury | SAFARI Coffe | 612 823 5367 | |
| Abdulali Abuker | 2940 Pillsbury | STOON SICOAK | 763 843 6669 | |
| Yusuf OSMAN | 2940 Pillsbury | Computer | 612 423 8980 | |
| KADIHO Abdul | 2940 Pills | Omil Kose | 612 978 5394 | |
| LULE Dole Ali | 2940 Pillsbury | chara Store | 612 833 273 | |
| Mohamud mohmd | 2944 Pillsbury | Dar Al-Shan | 952 215 5668 | M |

Walul → Wale

**Basim Sabri**                                             Wed, Mar 20, 13  10:34 AM
to Marian@whittieralliance.org
cc lance.knuckles@minneapolismn.gov; Bob Speeter

## RE: Request to add Whittier Alliance Business Directory

1 file attached ∧

 Scan_Doc0085
.pdf 6.57 MB

Marian,

If you need proof that those businesses exist and have the right to vote at the neighborhood meeting as indicated in the bylaws, I will provide a copy of their lease as I indicated previously. Per your flyer it says that they should provide either a utility bill, real estate tax statement, bank or payroll statement, W2 or IRS form or business license.  Clearly these are all means to prevent my tenants from voting at the Whittier Alliance meeting since they would not have any of the above since 1) they do not pay the utility bills for the malls (Sabri does) 2) they do not pay the real estate taxes for the malls (Sabri does) 3) most of the businesses are retail stores so are not required to have a business license from the City of Mpls 4) most of the businesses are owned and run by a sole proprieter so do not issue W2's or payroll to themselves and IRS forms will only have their home address listed.

There are approximately 150 businesses between both Karmel malls and they have been a part of this community for over 10 years.  Every time those tenants try to participate in our democratic process and try to be a part of the neighborhood you find a way to stop them from doing so.  These arbitrary rules set forth by you are designed so that my tenants cannot participate in the election process in Whittier.

You can vote for the President, Congressmen and local politicians by providing a lease however Whittier will not accept this as proof? It's clear to anyone looking in from the outside that this is a discriminatory form to prevent the Somalis from participating.

Because you have put forth rules that prevent them from providing proof in order for those Whittier businesses to become members and participate in Whittier Alliance we chose to help them become members through per Article III, Section 3C of the Whittier Alliance bylaws so we previously sent you names, addresses and signatures of many of Karmel business owners requesting that they be listed in the Whittier business directory.

You have had ample time to list them in the directory, however you have chosen not to thereby preventing them from participating.  On more than one occasion I have offered my staff assistance to help you enter those businesses in the Whittier directory, however you have intentionally ignored me.

Exhibit C

To this date there are only 6 Karmel mall businesses listed in the directory.

It's obvious that you, Marian, are the one who runs the Whittier board and not the others.  And it is clear that you are racist against the Somalis in the neighborhood.  The Somalis constitute a large part of Whittier but yet none of them are on the board, because you prevent them from doing so.

And again I want to remind you that you were quoted in the Star Tribune saying that you don't want to ghettoize the neighborhood when I was building the Karmel Village building which would bring more Somalis into the neighborhood.  It is obvious that you are racist.

I am attaching the list of businesses that we sent you over a month ago that requested to be listed in the directory.  At this time I insist that you and/or your staff immediately enter those businesses into the Whittier business directory which will allow them to vote at tomorrow's meeting and if you don't have time then I will personally send one of our staff to enter them into the computer today, free of charge.

If you do not list them in the Whittier business directory by tomorrow we will take legal action against you and Whittier Alliance.

Basim Sabri

_____

From: Marian@whittieralliance.org [Marian@whittieralliance.org]
Sent: Tuesday, March 19, 2013 5:21 PM
To: Basim Sabri
Subject: RE: Request to add Whittier Alliance Business Directory

Hi Basim
A lease is not an accepted form of proof--from anyone--business or resident.
There are several forms that can be provided as proof and that list has been
distributed, posted, emailed and announced for the past 6 weeks and is part
of our standard meeting notice information.  I know businesses in Karmel
have been made aware of this.  At the Annual Meeting our membership list has
to be renewed.  All people attending the annual meeting or any meeting are
given the same information and need to meet the same criteria.

Marian

-----Original Message-----
From: Basim Sabri [mailto:Basim@sabriproperties.com]
Sent: Tuesday, March 19, 2013 2:24 PM
To: <Marian@whittieralliance.org>

Subject: RE: Request to add Whittier Alliance Business Directory

Hi Marian,

We have several tenants asking us for their lease to show as proof that they have a business at Karmel Mall.
I know you received the signatures and businesses at Karmel to be added to the Business Directory on your website, but would you prefer that we send you a list of our current tenants?

Let me know,

Basim=

# Whittier Board Candidacy

Marian@whittieralliance.org

Thu 3/20/2014 11:56 AM

To:Marian Biehn <marian@whittieralliance.org>;

Hello

Thank you for submitting your application for Whittier Alliance Board Candidacy.  The Board met and reviewed all applications and determined that you do not meet all of the eligibility criteria at this time.

The job description you received for a position on the Board indicates that Board members are legally responsible for all activities of the organization, which is true for all Minnesota nonprofit corporations such as Whittier Alliance. The job description sets out specific categories of responsibility, including  human resources, planning, finance, community relations, and organizational operations.  The application for the Board position requested information about your experience working with Whittier Alliance, your skills and your interest in being a Board member.  Because of the legal and financial responsibilities required of a member of the Board of Directors, the Board of Directors has determined that Board candidate eligibility rests not only on an applicant's residence or ownership of business or property in the Whittier neighborhood, but also on an applicant's documented history of engagement with the organization and support for the aims and purposes of Whittier Alliance (a criteria specified in Article III, Section 1 of the Bylaws).  Your application did not indicate that you have participated in Whittier Alliance activities in the past and, for that reason, your application was not approved at this time.

We encourage you to actively participate in Whittier Alliance sponsored events in order to gain knowledge about the organization, its programs and its operations.  With that experience, we encourage you to reapply to become a member of the Board of Directors of Whittier Alliance

Regards


Marian Biehn, Executive Director
Whittier Alliance
10 E. 25th St.
Minneapolis, MN  55404
Ph:  612-871-7756  Fax:  612-871-0650
www.whittieralliance.org

Exhibit D