UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Basim Sabri, Marty Schulenberg, Mohamed
Cali, Jay Webb, and Zachary Metoyer,

                  Plaintiffs,

vs.

City of Minneapolis, a municipal corporation,
and the Whittier Alliance, a Minnesota
not-for-profit corporation,

                  Defendants.

Court File No. 15-CV-01578 (ADM/SER)

**AFFIDAVIT OF MARTY SCHULENBERG**

STATE OF MINNESOTA    )
                                )SS
COUNTY OF HENNEPIN   )

    Marty Schulenberg, being first duly sworn, states and alleges as follows:

1. I am one of the Plaintiffs in the above-entitled matter.

2. In the several months before the March 2014 Whittier annual election I, along with Plaintiffs Mahamed Cali, Jay Webb, and Zachary Metoyer, and Roble Jama worked together to collect signatures from Somali-American businesses in Whittier neighborhood for the purpose of inclusion in the business directory of Whittier. True and correct copies of the signatures gathered from this collective effort are attached as Exhibit A to the Cali affidavit.

3. With respect to each page of signatures, we attached copies of either current business licenses, state sales tax number and/or federal 501(c)(3) status confirmation letter as well as a lease for each business.

4. The purpose of collecting this information and presenting it to Whittier was because we had numerous complaints from Somali-American businesses that they were unable to get included in the Whittier Alliance Business Directory. Inclusion in the Business Directory grants automatic membership status in Whittier under its bylaws.

5. I attempted to run for the Whittier Alliance Board of Directors in March of 2014 and was prevented from running because the incumbent board found that I had not been sufficiently active in the Whittier Alliance to run for the board, notwithstanding the fact that nothing in the existing bylaws contained such a requirement.

6. After I unsuccessfully presented a grievance protesting this exclusion, Defendant Whittier Alliance amended its bylaws to exclude from running for the Board of Directors anyone who has "committed an act of malice or defamation against Whittier Alliance or any member of its Board of Directors or otherwise disrupted the aims and purposes of the corporation."

7. I immediately recognized this provision as having been inserted for the sole purpose of preventing me, the other Plaintiffs, and people critical of the racist policies of the incumbent board and executive director from running.

8. Had it not been for this bylaw provision, I would have run for the Whittier Alliance Board of Directors in 2015.

9. I execute this affidavit in opposition to Defendants' motion to dismiss Plaintiffs' complaint and in support of Plaintiffs' motion for preliminary injunction.

_____
Marty Schulenberg

Sworn to and subscribed before me
this ___ day of April, 2015.


Notary Public

RANDALL DAVIS BRYANT TIGUE
Notary Public-Minnesota
My Commission Expires Jan 31, 2020