OAO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Basim Sabri, Marty Schulenberg,
Mohamed Cali, Jay Webb, and
Zachary Metoyer

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

Case Number:   15-cv-1578 (ADM/SER)

Whittier Alliance and City of Minneapolis

Defendant(s)

[X] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED that:

1. Defendant Whittier Alliance's Motion to Dismiss [Docket No. 13] is GRANTED;

2. Defendant City of Minneapolis' Motion to Dismiss [Docket No. 18] is GRANTED; and,

3. The Complaint [Docket No. 1] is DISMISSED.

August 11, 2015

Date

RICHARD D. SLETTEN, CLERK

_s/ K. Krulas_

(By)                                         K. Krulas    Deputy Clerk

N:\2014 Civil\14-1298 judgment 0728.wpd

Form Modified:  09/16/04